RECEIPT NUMBER
376166

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CURTIS, individually and as
Personal Representative of the Estate of
ARIANA CURTIS, deceased,

    Plaintiff,

05-70261

Case No.
HON. AVERN COHN.

-v-

WMK, INC., d/b/a MOBILITY WORKS,

MAGISTRATE JUDGE CAPEL,

    Defendant.

---

WOLFGANG MUELLER (P43728)
Olsman, Mueller & James, P.C.
Attorney for Plaintiff
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-2300

'05 JAN 25 PM :10  FILED

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, JEFFREY CURTIS, Personal Representative of the Estate of ARIANA CURTIS, deceased, by and through his attorneys, OLSMAN, MUELLER & JAMES, P.C., by WOLFGANG MUELLER, hereby complains against the Defendant, WMK, INC., d/b/a Mobility Products Design ("Mobility Products") and states the following:

1.    Plaintiff is a citizen of the State of Michigan.

2.    Defendant is a citizen of the State of Ohio and conducts business in the State of Michigan.

3.    Jurisdiction is founded upon the residence of the parties and damages which exceed $75,000, exclusive of interest and costs.

4.  On or about May 30, 2004, at approximately 12:30 P.M., Plaintiff's decedent, Ariana Curtis, was driving a 1996 Pontiac Grand Am equipped with a left-foot accelerator pedal assembly that was designed and manufactured by Defendant. Defendant's Madison Heights, Michigan store sold and installed the accelerator pedal assembly on or about May 24, 2004. The assembly cost $403.00.

5.  On May 30, 2004, at approximately 12:30 P.M., Ariana Curtis drove her vehicle down her driveway and down her street, Private Shore Drive in Chesterfield, Michigan, to practice driving with the left-foot accelerator pedal in preparation for her obtaining certification from the State of Michigan. As Mrs. Curtis attempted to turn the vehicle around in a cul-de-sac at the end of the street, the vehicle suddenly accelerated as she attempted to slow the vehicle down by applying the brake pedal. Due to the design and manufacturing defects described below, she was unable to bring the car to a halt, and crashed into the side of a house located at 45420 Private Shore Drive.

6.  Unable to stop the vehicle because of the design defects set forth below, the car plunged into Lake St. Clair and began to sink.

7.  Several neighbors heard the crash against the house and observed the vehicle sinking into the lake. Mrs. Curtis began to panic and attempted to open the car door and window, but was unsuccessful. She was able to climb into the back seat as the vehicle continued to sink into the lake. Despite the attempts to rescue Mrs. Curtis, the vehicle sank and, with her screaming for help, plunged under the surface, causing her to drown.

8. As a direct and proximate result of Defendant's negligence and gross negligence set forth below, Plaintiff and Plaintiff's decedent have suffered the following injuries and damages:

    A. Extreme conscious pain and suffering by Ariana Curtis as she realized she was drowning;

    B. Loss of consortium damages allowed under Michigan's Wrongful Death Statute;

    C. Extreme emotional distress on the part of Jeffrey Curtis, who was present as rescue workers attempted to save his wife. Such emotional distress has manifested itself in sleeplessness, irritability, loss of appetite, nervousness, and other symptoms which have or may be present in the future;

    D. Economic losses.

## COUNT I - NEGLIGENCE

9. Plaintiff incorporates by reference paragraphs 1 through 8 as if fully stated herein.

10. At the time of the design and manufacture of the subject left-foot accelerator pedal assembly, Defendant was under a duty to design the product to prevent an unreasonable risk of injury while the product was being used in a foreseeable manner.

11. Defendant breached the duty set forth above in at least the following respects:

    A. Negligently and recklessly designing the left-foot accelerator pedal assembly in such a manner that the left-foot pedal was subject to be depressed while a person attempted to depress the brake pedal;

    B. Negligently and recklessly failing to use appropriate and standard design principles, means and methods to identify the hazard of pedal misapplication;

C.  Negligently and recklessly failing to adequately test the left-foot pedal accelerator pedal assembly so as to identify and eliminate the hazard via design or guarding methods;

D.  Negligently and recklessly failing to adequately warn users, including Plaintiff's decedent, of the hazard of the pedal misapplication as a result of the defective design;

E.  Negligently and recklessly installing the left foot accelerator pedal assembly.

Accordingly, Plaintiff respectfully requests that the trier of fact award all damages allowed under Michigan's Wrongful Death Statute, as well as damages for conscious pain and suffering and negligent infliction of emotional distress. Plaintiff also request that this court award pre-judgment interest, costs and attorney fees so wrongfully incurred.

## COUNT II - GROSS NEGLIGENCE

12. Plaintiff incorporates by reference paragraphs 1 through 11 as if fully stated herein.

13. Based upon information and belief, Defendant was aware of other instances of pedal misapplication, which had caused or could cause, personal injuries, prior to the date of manufacture of the subject assembly.

14  Despite such knowledge, Defendant failed to make any design changes to eliminate the unreasonable risk of injury.

15. Defendant's conduct constitutes a reckless disregard for the safety of foreseeable users, including Plaintiff's decedent and, thus, constitutes gross negligence.

16. As a direct and proximate result of the gross negligence described herein, Plaintiff's decedent and Plaintiff have suffered the damages set forth above.

Accordingly, Plaintiff respectfully requests that the trier of fact award all damages allowed under Michigan's Wrongful Death Statute, as well as damages for conscious pain and suffering and negligent infliction of emotional distress. Plaintiff also request that this court award pre-judgment interest, costs and attorney fees so wrongfully incurred.

### COUNT III - BREACH OF IMPLIED WARRANTY

17. Plaintiff incorporates by reference paragraphs 1 through 16 as if fully stated herein.

18. Defendant was under a duty to manufacture and sell a product that was reasonably fit for its intended and foreseeable use. Plaintiff's decedent relied upon Defendant's expertise in selecting an appropriate left foot accelerator pedal assembly that would meet her needs.

19. Defendant failed to manufacture and sell a product that was reasonably fit for its intended, foreseeable and particular use.

20. Defendant's failure constitutes breach of implied warranties of merchantability and fitness for a particular purpose.

21. Defendant's breach of warranties was a direct and proximate cause of Plaintiff's decedent's death.

Accordingly, Plaintiff respectfully requests that the trier of fact award all damages allowed under Michigan's Wrongful Death Statute, as well as damages for conscious pain

and suffering and negligent infliction of emotional distress. Plaintiff also request that this court award pre-judgment interest, costs and attorney fees so wrongfully incurred.

Respectfully submitted,

OLSMAN, MUELLER, & JAMES, P.C.

By: WOLFGANG MUELLER (P43728)
Attorney for Plaintiff
2684 W. Eleven Mile Rd.
Berkley, MI 48072
(248) 591-2300

Dated: January 20, 2005

## DEMAND FOR JURY TRIAL

Plaintiff, by and through his attorneys, OLSMAN, MUELLER & JAMES, P.C., hereby demand a jury trial in this matter.

Respectfully submitted,

OLSMAN, MUELLER & JAMES, P.C.

WOLFGANG MUELLER (P43728)
Attorney for Plaintiff
2684 W. Eleven Mile Rd.
Berkley Michigan 48072
(248) 591-2300

Dated: January 20, 2005

| JS 44 11/99 | **CIVIL COVER SHEET** COUNTY IN WHICH THIS ACTION AROSE: MACOMB | 70261 |
|---|---|---|

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**05 - 70261**

### I. (a) PLAINTIFFS

JEFFREY CURTIS, individually and as Personal Representative of the Estate of Ariana Curtis, deceased

### DEFENDANTS

WMK, INC., d/b/a MOBILITY WORKS

(b) County of Residence of First Listed: Macomb  26059

County of Residence of First Listed: Cuyahoga (Ohio)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

AVERN COHN
MAGISTRATE JUDGE CAPEL

(C) Attorney's (Firm Name, Address, and Telephone Number)
Wolfgang Mueller (P43728)
Olsman, Mueller & James, P.C.
2684 W. Eleven Mile Road
Berkley, MI 48072   (248) 591-2300

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury- Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21: 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [X] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC |
| [ ] 150 Recovery of Overpayment and Enforcement of Judgment | [ ] 320 Assault Libel And Slander | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 650 Airline Regs. | | [ ] 470 Racketeer Influenced & Corrupt Organizations |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 660 Occupational Safety/Health | [ ] 820 Copyrights | [ ] 810 Selective Service |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | **PERSONAL PROPERTY** | [ ] 690 Other | [ ] 830 Patent | [ ] 850 Securities/Commodities/Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 340 Marine | | [ ] 840 Trademark | [ ] 875 Customer Challenge 12 USC 3410 |
| | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | [ ] 891 Agricultural Acts |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | | | [ ] 892 Economic Stabilization Act |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 893 Environmental Matters |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 863 DIWC/DIWW (405(g)) | [ ] 895 Freedom of Information Act |
| | | | [ ] 864 SSID Title XVI | |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 865 RSI (405(g)) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | [ ] 871 IRS-Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| | | [ ] 555 Prison Condition | | |

3   730 Labor/Mgmt. Reporting & Disclosure Act
    740 Railway Labor Act
    790 Other Labor Litigation
    791 Empl. Ret. Inc. Security Act

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multi district Litigation
- [ ] 7 Appeal to District Judge from Magistrate

### VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1332 - Based on diversity of citizenship of the parties.

### VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

$DEMAND

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

### VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE                              DOCKET NUMBER

DATE: 1/20/05

SIGNATURE OF ATTORNEY OF RECORD

## PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously discontinued or dismissed?  ☐ YES  ☒ NO

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ YES  ☒ NO

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

---

NOTES: