UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CURTIS, individually and as
Personal Representative of the Estate of
ARIANA CURTIS, deceased,

   Plaintiff,        Case No. 05-70261
                HON. AVERN COHN

-v-

WMK, INC., d/b/a MOBILITY WORKS,
a foreign corporation,

   Defendant.
_____/

| | |
|---|---|
| JULES B. OLSMAN (P28958) | BRIAN D. EINHORN (P13130) |
| WOLFGANG MUELLER (P43728) | KEVIN MOLOUGHNEY (P49039) |
| Attorney for Plaintiff | Attorney for Defendant WMK, Inc. |
| 2684 W. 11 Mile Road | 4000 Town Center, Ste. 909 |
| Berkley, MI 48072 | Southfield, MI 48075 |
| 248-591-2300 | 248-355-4141 |

_____/

**ORDER APPROVING SETTLEMENT OF CLAIM FOR WRONGFUL
DEATH AND ALLOWING DISTRIBUTION OF PROCEEDS**

  This matter having come before the Court on Plaintiff's Motion to Approve Settlement of Claim for Wrongful Death and to Allow Distribution of Proceeds, and the Court being fully advised in the premises,

  IT IS HEREBY ORDERED that the settlement between Plaintiff and Defendant, WMK Inc., the amount of which is confidential, is APPROVED.

  IT IS FURTHER ORDERED that Plaintiff and Defendant shall execute the necessary documents for a dismissal with prejudice as to all claims against WMK Inc.

  IT IS FURTHER ORDERED that the Distribution of Proceeds of the settlement, as

specified in the Confidential Settlement statement, is APPROVED.

IT IS FURTHER ORDERED that Plaintiff's decedent, Ariana Curtis, did not sustain conscious pain and suffering before her death.

Dated: February 02, 2007                              s/Avern Cohn
                                                      U.S. District Judge

Approved as to form:


s/Wolfgang Mueller
Wolfgang Mueller (P43728)
Attorney for Plaintiff


s/Kevin Moloughney
Kevin Moloughney (P49039)
Attorney for Defendant, WMK, Inc.