UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FILED
FEB - 2 2007
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JEFFREY CURTIS, Individually and as
Personal Representative of the Estate of
ARIANA CURTIS, deceased,

    Plaintiff,

vs.

WMK, INC., d/b/a MOBILITY WORKS,
a Foreign corporation,

    Defendant.

CASE NO. 05-70261
HON. AVERN COHN
MAGISTRATE WALLACE J. CAPEL, JR.

_____/

JULES B. OLSMAN (P28958)
WOLFGANG MUELLER (P43728)
Attorneys for Plaintiff
2684 W. 11 Mile Road
Berkley, MI 48072
248/591-2300

KEVIN P. MOLOUGHNEY (P49039)
Attorney for Defendant
4000 Town Center, Ste. 909
Southfield, MI 48075
248/355-4141

_____/

## ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO EXECUTE RELEASE OF ALL CLAIMS AND TO ENTER INTO A STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE AND WITHOUT COSTS AS TO DEFENDANT, WMK, INC., d/b/a MOBILITY WORKS

At a session of said Court held on February 2, 2007:

PRESENT: HON. _____
                              Federal Court Judge

Upon the taking of testimony on the record in open court, this Honorable Court having been otherwise duly advised in the premises and this Court having approved the resolution entered in this matter;

IT IS ORDERED that in settlement of the matter, as to Defendant, WMK, INC., d/b/a MOBILITY WORKS, Jeffrey Curtis, Individually and as the Personal Representative of the Estate of Ariana Curtis, is authorized and empowered to enter into a Settlement Agreement and Release of all claims, and

IT IS FURTHER ORDERED that Jeffrey Curtis, Individually, and as the Personal Representative of the Estate of Ariana Curtis, through counsel, is authorized and empowered to enter into a stipulation for entry of an order of discontinuance with prejudice and without costs as to Defendant, WMK, INC., d/b/a MOBILITY WORKS.

_____
FEDERAL COURT JUDGE

Approved as to content, form
and substance for entry:

_____
JULES B. OLSMAN (P28958)
WOLFGANG MUELLER (P43728)
Attorneys for Plaintiff
2684 W. 11 Mile Road
Berkley, MI 48072
248/591-2300

_____
KEVIN P. MOLOUGHNEY (P49039)
Attorney for Defendant
4000 Town Center, Ste. 909
Southfield, MI 48075
248/355-4141

Dated: February 2, 2007

2